IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY BADU SAKYI,            )
                               )
        Petitioner,            )
                               )
v.                             )   Civil Action No. 3:16CV683-HEH
                               )
JEFFREY CRAWFORD, et al.,      )
                               )
        Respondents.           )

## MEMORANDUM OPINION
(Dismissing § 2241 Petition Without Prejudice)

By Memorandum Order entered on September 12, 2016, the Court filed Sakyi's § 2241 Petition. (ECF No. 2, at 1.) By that same Memorandum Order, the Court explained to Sakyi that he "must immediately advise the Court of his new address in the event he is transferred, released, or otherwise relocated while the action is pending." (*Id.* at 2.) Sakyi was warned that failure to keep the Court apprised of his current address would result in the dismissal of the action. (*Id.*)

On May 12, 2017, the Clerk mailed Sakyi a Notice and Consent Form to Proceed Before a United States Magistrate Judge. (ECF No. 11.) On May 19, 2017, the Clerk's letter was returned to the Court by the United States Postal Service marked "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED." (ECF No. 14.) Sakyi's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be

dismissed without prejudice. Sakyi's Motion to Execute Action on 28 U.S.C. § 2241 Petition (ECF No. 3) will be denied as moot.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: May 26, 2017
Richmond, Virginia